**IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.**



1   **PERRY & SHAPIRO, L.L.P.**
3300 N. Central Avenue, #2200

2   Phoenix, Arizona 85012
(602) 222-5711

3   (602) 222-5701 Facsimile
(847) 627-8802 Facsimile

4   AZNotices@logs.com, e-mail
Christopher R. Perry, Bar #009801

5   Jason P. Sherman, Bar #019999
Attorney for JPMorgan Chase Bank, N.A.

6   [FILE 10-001716 CHE]

**Dated: April 21, 2010**

_Smh/Nauurley_
_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**

7

8        **UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

9   In re:                      Case # 2:10-bk-02590-SSC

10   DONNA J. WHITE,           Chapter 7 Proceedings

         Debtor.

11

12   JPMorgan Chase Bank, N.A., its
assignees and / or successors
in interest,                  **ORDER LIFTING**
**THE AUTOMATIC STAY**

13          Movant,            Re: Real Property located at
                                 1608 West Stottler Drive

14   v.                            Chandler, AZ 85224

15   DONNA J. WHITE, Debtor, and
Chapter 7 Trustee Dale D.
Ulrich,

16          Respondents.

17      The court finds that a Motion for Relief From the Automatic

18 Stay and a Notice of Filing of the Motion have been filed with

19 the Court and served upon interested parties in the above

20 captioned matter by JPMorgan Chase Bank, N.A., ("JP MORGAN

21 CHASE"), and that good cause exists to grant the Motion for

22 Relief;

23

24

1  **THEREFORE, IT IS ORDERED:**

2  **1**. JP MORGAN CHASE, its assignees or successors-in-interest,

3  is hereby granted relief from all stays against lien enforcement

4  including the automatic stay imposed under 11 U.S.C. § 362 and

5  the automatic injunction of 11 U.S.C. § 524(a) with reference to

6  the real property generally described as 1608 West Stottler

7  Drive, Chandler, AZ 85224 and legally described as:

8  LOT 105, KNOELL EAST UNIT SIX, ACCORDING TO THE BOOK

9  219 OF MAPS, PAGE 44, RECORDS OF MARICOPA COUNTY,

10  ARIZONA.

11  **2**. JP MORGAN CHASE may begin or continue foreclosure

12  proceedings following applicable law and / or enforce any

13  contract or state law remedies it has against said real

14  property.

15  **3**. Should Debtor fail to vacate the Property following

16  foreclosure, JP MORGAN CHASE may pursue any legal remedies in

17  state court to remove the Debtor from the Property.

18

19

20

21

22

23

24

1    4. Unless and until otherwise ordered, the Automatic Stay

2    imposed against JP MORGAN CHASE shall remain lifted under

3    this and any other chapter of the Bankruptcy Code to which

4    this case may convert.

5         DATED: _____

6

7                                   _____

8                                   U. S. Bankruptcy Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24